**WILLKIE FARR & GALLAGHER LLP**
Krista S. Schwartz (SBN 303604)
Barrington Dyer (SBN 264762)
Brandon K. Franklin (SBN 303373)
Alex Rhim (SBN 333508)
Jacob Karim (SBN 340376)
One Front Street, 34th Floor
San Francisco, California 94111
Telephone: (415) 858-7400
kschwartz@willkie.com
bdyer@willkie.com
bfranklin@willkie.com
arhim@willkie.com
jkarim@willkie.com

**HOGAN LOVELLS US LLP**
Patrick T. Michael (Bar No. 169745)
Helen Y. Trac (Bar No. 285824)
Gurtej Singh (Bar No. 286547)
Corey T. Leggett (Bar No. 342972)
Madeleine Bech (Bar No. 328778)
4 Embarcadero Center, Suite 3500
San Francisco, California 94111
Telephone: (415) 374-2300
patrick.michael@hoganlovells.com
helen.trac@hoganlovells.com
tej.singh@hoganlovells.com
corey.leggett@hoganlovells.com
madeleine.bech@hoganlovells.com

Attorneys for Plaintiff
SYNOPSYS, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>　　　　　　　　　Plaintiff,<br>vs.<br><br>SIEMENS INDUSTRY SOFTWARE INC.,<br><br>　　　　　　　　　Defendant. | Case No.: 3:20-cv-04151-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE FOR PLAINTIFF SYNOPSYS, INC.'S MOTION TO AMEND INFRINGEMENT CONTENTIONS**<br><br>**Date:　　September 27, 2023**<br>**Time:　　2:00 p.m.**<br>**Judge:　Hon. William H. Orrick** |

# STIPULATION

Pursuant to Civil Local Rule 6-2, Plaintiff Synopsys, Inc. ("Plaintiff") and Defendant Siemens Industry Software, Inc. ("Siemens" or "Defendant") (collectively "the Parties"), by and through their counsel of record stipulate to continue the hearing date on Plaintiff's Motion for Leave to Amend Infringement Contentions to October 04, 2023, or another date the Court is available.

On September 13, 2023, Plaintiff's counsel notified Defendant's counsel that she is unavailable on September 27, 2023, due to a mandatory settlement conference in another case in the U.S. District Court for the Southern District of California. The Parties have met and conferred, and Defendant does not oppose the continuance.

The Parties respectfully request that the Court grant the continuance.

Date: September 15, 2023

By: */s/Krista Schawartz*_____
    Krista Schwartz
    WILLKIE FARR & GALLAGHER LLP

*Attorneys for Plaintiff*
*SYNOPSYS, INC.*

Dated: September 15, 2023

By: */s/ Klaus Hemingway Hamm*___
    Klaus Hemingway Hamm
    KLARQUIST SPARKMAN LLP

*Attorneys for Defendant*
*SIEMENS INDUSTRY SOFTWARE, INC.*

## DECLARATION

I, Krista Schwartz, declare that:

1.  I am a partner at the law firm Willkie Farr & Gallagher LLP ("Willkie"), counsel of record for Plaintiff Synopsys, Inc., and I have personal knowledge of all facts set forth herein, and if called as a witness, I could and would testify competently thereto.

2.  On August 18, 2023, Plaintiff filed the Motion for Leave to Amend Infringement Contentions. Defendant filed an Opposition to the Motion on September 01, 2023.  Plaintiff filed a Reply on September 08, 2023.  The Hearing on the Motion is currently scheduled for September 27, 2023 at 2:00 p.m.

3.  On September 13, 2023, I notified Defendant's counsel, Kristin L. Cleveland, that I am unavailable on September 27, 2023, due to a scheduling conflict.  On the same day, I have a mandatory settlement conference in another case in the U.S. District Court for the Southern District of California.  I have met and conferred with Defendant's counsel, and Defendant does not oppose the continuance.

4.  This is the Parties' first request to continue the September 27, 2023, hearing date. The requested one-week continuance will not impact the established briefing deadlines and schedule in this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: September 15, 2023              */s/ Krista Schwartz*____
                                       Krista Schwartz

---

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING DATE FOR PLAINTIFF
SYNOPSYS, INC.'S MOTION TO AMEND INFRINGEMENT CONTENTIONS
Case No.: 3:20-cv-04151-WHO
-- 2 --

**ATTESTATION**

I hereby attest that I have obtained the concurrence of all other listed signatories for the filing of this stipulation.

>*/s/ Krista Schwartz*
>Krista Schwartz

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, the hearing date for Plaintiff's Motion for Leave to Amend Infringement Contentions, presently set for September 27, 2023, be continued to October 04, 2023.

**IT IS SO ORDERED.**



DATED:  September 18, 2023

_____
Hon. William H. Orrick

---

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING DATE FOR PLAINTIFF
SYNOPSYS, INC.'S MOTION TO AMEND INFRINGEMENT CONTENTIONS
Case No.: 3:20-cv-04151-WHO
-- 4 --