1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SIEMENS INDUSTRY SOFTWARE, INC., <br><br> Defendant. | Case No.: 3:20-cv-04151-WHO (LB) <br><br> **[PROPOSED] ORDER GRANTING STIPULATION EXTENDING TIME FOR BRIEFING RE PARTIES MOTIONS FOR SUMMARY JUDGMENT AND MOTIONS TO EXCLUDE** <br><br> Date: January 31, 2024 <br> Time: 2 p.m. <br> District Judge: William H. Orrick <br> Courtroom 2, 17th Floor <br><br> FAC: April 26, 2023 <br> Trial Date: May 28, 2024 |

# **ORDER**

Pursuant to the stipulation, the Court hereby ORDERS a modest change to the remaining briefing schedule for summary judgment motions and motions to exclude as follows:

| Event | Current Deadline | Proposed Amended Deadline |
|---|---|---|
| Oppositions to Summary Judgment Motions and Motions to Exclude | January 10, 2024 | January 12, 2024 |
| Replies to Summary Judgment Motions and Motions to Exclude | January 17, 2024 | January 19, 2024 |
| Hearing | January 31, 2024 | ~~No Change~~ ~~Or~~ February 7, 2024 |

**PURSUANT TO STIPULATION, IT IS ORDERED.**

Dated: January 8, 2024



Judge William H. Orrick
United States District Judge