Scott D. Baker (SBN 84923)
sbaker@reedsmith.com
Jonah D. Mitchell (SBN 203511)
jmitchell@reedsmith.com
**REED SMITH LLP**
101 Second Street, Suite 1800
San Francisco, CA  94105
Telephone:  415-543-8700
Facsimile: 415-391-8269

Cameron D. Clawson (SBN 318779)
cameron.clawson@klarquist.com
Kristin L. Cleveland (SBN 184639)
kristin.cleveland@klarquist.com
Caroline L. Desmond (*Pro Hac Vice*)
caroline.desmond@klarquist.com
Klaus H. Hamm (SBN 224905)
klaus.hamm@klarquist.com
Shelby A. Stepper (*Pro Hac Vice*)
Shelby.stepper@klarquist.com
John D. Vandenberg (*Pro Hac Vice*)
john.vandenberg@klarquist.com
Mark W. Wilson (*Pro Hac Vice*)
mark.wilson@klarquist.com
**KLARQUIST SPARKMAN, LLP**
121 SW Salmon Street, Suite 1600
Portland, OR 97204
Telephone: 503-595-5300
Facsimile: 503-595-5301

Attorneys for Defendant
Siemens Industry Software Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>SIEMENS INDUSTRY SOFTWARE INC.,<br><br>    Defendant. | Case No. 3:20-cv-04151-WHO (LB)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISION** |

1
2
3
    Pending before the court is Defendant Siemens Industry Software Inc.'s Unopposed Administrative Motion for Leave to File Statement of Recent Decision. Having considered Defendant's Unopposed Motion and finding compelling reasons in support:

4     **IT IS HEREBY ORDERED**:

5     Defendant's Motion for Leave is GRANTED.

6

7 Dated: _____

8                                                       The Honorable William H. Orrick
United States District Judge Kristin L.