Scott D. Baker (SBN 84923)
sbaker@reedsmith.com
Jonah D. Mitchell (SBN 203511)
jmitchell@reedsmith.com
**REED SMITH LLP**
101 Second Street, Suite 1800
San Francisco, CA  94105
Telephone:  415-543-8700
Facsimile: 415-391-8269

Cameron D. Clawson (SBN 318779)
cameron.clawson@klarquist.com
Kristin L. Cleveland (SBN 184639)
kristin.cleveland@klarquist.com
Caroline L. Desmond (*Pro Hac Vice*)
caroline.desmond@klarquist.com
Klaus H. Hamm (SBN 224905)
klaus.hamm@klarquist.com
Shelby A. Stepper (*Pro Hac Vice*)
Shelby.stepper@klarquist.com
John D. Vandenberg (*Pro Hac Vice*)
john.vandenberg@klarquist.com
Mark W. Wilson (*Pro Hac Vice*)
mark.wilson@klarquist.com
**KLARQUIST SPARKMAN, LLP**
121 SW Salmon Street, Suite 1600
Portland, OR 97204
Telephone: 503-595-5300
Facsimile: 503-595-5301

Attorneys for Defendant
Siemens Industry Software Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SIEMENS INDUSTRY SOFTWARE INC.,<br><br>Defendant. | Case No. 3:20-cv-04151-WHO (LB)<br><br>**STIPULATION REGARDING DEFENDANT'S UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISION** |

STIPULATION REGARDING MOTION FOR LEAVE          CASE NO. 3:20-cv-04151-WHO (LB)

**NOW, THEREFORE, IT IS STIPULATED** by and between the parties hereto, through their respective counsel, that this administrative motion for leave to file statement of recent decision is unopposed and should be granted.

By: /s/ Kristin L. Cleveland
Kristin L. Cleveland (SBN 184639)
Kristin.cleveland@klarquist.com
**KLARQUIST SPARKMAN, LLP**
121 SW Salmon Street, Suite 1600
Portland, OR 97204
Telephone: 503-595-5300
Facsimile: 503-595-5301

Attorneys for Defendant Siemens
Industry Software Inc.

By: /s/ Krista S. Schwartz
Krista S. Schwartz (SBN 303604)
krista.schwartz@hoganlovells.com
**HOGAN LOVELLS US LLP**
3 Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499

Attorneys for Plaintiff
Synopsys, Inc.

## ATTESTATION

I, Kristin L. Cleveland, am the ECF user whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all other signatories listed have concurred in this filing.

/s/ Kristin L. Cleveland
Kristin L. Cleveland

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

April __, 2024.

_____
Honorable William H. Orrick
United States District Judge