**REED SMITH LLP**
Scott D. Baker (SBN 84923)
sbaker@reedsmith.com
Jonah D. Mitchell (SBN 203511)
jmitchell@reedsmith.com
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone: 415-543-8700
Facsimile: 415-391-8269

**KLARQUIST SPARKMAN, LLP**
Cameron D. Clawson (SBN 318779)
cameron.clawson@klarquist.com
Kristin L. Cleveland (SBN 184639)
kristin.cleveland@klarquist.com
Caroline L. Desmond (*Pro Hac Vice*)
caroline.desmond@klarquist.com
Klaus H. Hamm (SBN 224905)
klaus.hamm@klarquist.com
Shelby A. Stepper (*Pro Hac Vice*)
Shelby.stepper@klarquist.com
John D. Vandenberg (*Pro Hac Vice*)
john.vandenberg@klarquist.com
Mark W. Wilson (*Pro Hac Vice*)
mark.wilson@klarquist.com
121 SW Salmon Street, Suite 1600
Portland, OR 97204
Telephone: 503-595-5300
Facsimile: 503-595-5301

Attorneys for Defendant
Siemens Industry Software Inc.

**WILLKIE FARR & GALLAGHER LLP**
Krista S. Schwartz (SBN 303604)
Barrington Dyer (SBN 264762)
Nicholas Reddick (SBN 288779)
Alex Rhim (SBN 333508)
Jacob Karim (SBN 340376)
Xiaolin "Sunny" Chen (SBN 350082)
333 Bush Street, 34th Floor
San Francisco, California 94104
Telephone: (415) 858-7400
kschwartz@willkie.com
bdyer@willkie.com
nreddick@willkie.com
arhim@willkie.com
jkarim@willkie.com
schen2@willkie.com

Aliza George Carrano (*Pro Hac Vice*)
1875 K Street, N.W.
Washington, DC 20006
Telephone: (202) 303-1000
acarrano@willkie.com

Brian W. Frino (*Pro Hac Vice*)
Shaimaa M. Hussein (*Pro Hac Vice*)
787 Seventh Ave.
New York, NY 10019
Telephone: (212) 728-8000
BFrino@willkie.com
shussein@willkie.com

Attorneys for Plaintiff Synopsys, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SIEMENS INDUSTRY SOFTWARE INC., <br><br> Defendant. | Case No. 3:20-cv-04151-WHO (LB) <br><br> **JOINT FILING OF REDACTED COPIES PURSUANT TO ECF NO. 454** |

Pursuant to the Court's Standing Order on Administrative Motions to Seal, Plaintiff Synopsys, Inc. and Defendant Siemens Industry Software Inc. (collectively "the parties"), by and through their counsel, hereby submit this Joint Filing of Redacted Copies Pursuant to ECF No. 454, granting the parties' joint omnibus sealing chart at ECF No. 447-10.

The parties understand, consistent with ECF No. 454, that all highlighted versions filed under seal, and all documents in which the Court granted sealing in the entirety, will remain under seal, including the following ECF Nos.: 316-3; 316-5; 316-6; 316-7; 316-8 ; 316-9; 317-3; 317-5; 317-7; 317-8; 317-9; 317-10; 317-11; 317-14; 317-15; 317-17; 319-3; 319-4; 319-5; 319-6; 319-9; 319-10; 319-11; 319-12; 319-13; 321-3; 321-5; 321-6; 321-7; 321-8; 321-9; 321-10; 321-11; 321-12; 321-15; 321-16; 321-18; 326-3; 326-4; 327-3; 327-4; 327-5; 329-3; 329-4; 329-5; 329-6; 329-10; 330-3; 330-4; 330-6; 339-2; 339-3; 341-2; 341-3; 349-3; 349-5; 349-6; 349-7; 349-8; 349-9; 349-10; 349-11; 349-12; 349-13; 349-14; 349-15; 349-16; 349-17; 349-18; 349-19; 349-20; 349-21; 349-24; 349-25; 349-26; 349-27; 349-28; 349-29; 349-30; 349-31; 354-3; 354-4; 362-2; 362-3; 362-4; 364-2; 364-3; 367-3; 367-4; 367-5; 367-6; 367-7; 367-8; 375-3; 375-4; 375-6; 375-8**;**375-9; 377-3; 377-4; 377-5; 377-6; 377-7; 377-8; 377-9; 377-10; 377-11; 377-12; 378-2; 378-3; 378-4; 378-5; 378-6; 378-7.

The chart below indicates each document initially listed in ECF No. 447-10 for which a public redacted version is being or has been filed.

| Docket No. | Status |
| --- | --- |
| 316-3 | Public, Redacted Version, filed herewith |
| 316-7 | Public, Redacted Version, filed herewith |
| 316-8 | Public, Redacted Version, filed herewith |
| 316-9 | Public, Redacted Version, filed herewith |
| 317-3 | Public, Redacted Version, filed herewith |
| 317-7 | Public, Redacted Version, filed herewith |
| 317-8 | Public, Redacted Version, filed herewith |
| 317-9 | Public, Redacted Version, filed herewith |
| 317-10 | Public, Redacted Version, filed herewith |
| 317-11 | Public, Redacted Version, filed herewith |
| 317-14 | Public, Redacted Version, filed herewith |

| Docket No. | Status |
|---|---|
| 317-15 | Public, Redacted Version, filed herewith |
| 317-17 | Public, Redacted Version, filed herewith |
| 319-3 | Public, Redacted Version, filed herewith |
| 319-4 | Public, Redacted Version, filed herewith |
| 319-5 | Public, Redacted Version, filed herewith |
| 319-6 | Public, Redacted Version, filed herewith |
| 319-9 | Public, Redacted Version, filed herewith |
| 321-3 | Public, Redacted Version, filed herewith |
| 321-8 | Public, Redacted Version, filed herewith |
| 321-9 | Public, Redacted Version, filed herewith |
| 321-10 | Public, Redacted Version, filed herewith |
| 321-11 | Public, Redacted Version, filed herewith |
| 321-12 | Public, Redacted Version, filed herewith |
| 321-15 | Public, Redacted Version, filed herewith |
| 321-16 | Public, Redacted Version, filed herewith |
| 321-18 | Public, Redacted Version, filed herewith |
| 339-2 | Public, Redacted Version, filed herewith |
| 339-3 | Public, Redacted Version filed at ECF No. 340-1 |
| 341-2 | Public, Redacted Version, filed herewith |
| 341-3 | Public, Redacted Version, filed herewith |
| 349-3 | Public, Redacted Version, filed herewith |
| 349-5 | Public, Redacted Version, filed herewith |
| 349-8 | Public, Redacted Version, filed herewith |
| 349-15 | Public, Redacted Version, filed herewith |
| 349-16 | Public, Redacted Version, filed herewith |
| 349-17 | Public, Redacted Version, filed herewith |
| 349-18 | Public, Redacted Version, filed herewith |
| 349-19 | Public, Redacted Version, filed herewith |
| 349-20 | Public, Redacted Version, filed herewith |
| 349-21 | Public, Redacted Version, filed herewith |
| 349-27 | Public, Redacted Version, filed herewith |

| Docket No. | Status |
|---|---|
| 349-28 | Public, Redacted Version, filed herewith |
| 349-29 | Public, Redacted Version, filed herewith |
| 354-3 | Public, Redacted Version, filed herewith |
| 354-4 | Public, Redacted Version, filed herewith |
| 362-2 | Public, Redacted Version, filed herewith |
| 362-3 | Public, Redacted Version, filed herewith |
| 362-4 | Public, Redacted Version, filed herewith |
| 364-2 | Public, Redacted Version, filed herewith |
| 364-3 | Public, Redacted Version, filed herewith |
| 367-3 | Public, Redacted Version, filed herewith |
| 367-4 | Public, Redacted Version, filed herewith |
| 367-5 | Public, Redacted Version, filed herewith |
| 367-6 | Public, Redacted Version, filed herewith |
| 367-7 | Public, Redacted Version, filed herewith |
| 367-8 | Public, Redacted Version, filed herewith |

September 17, 2024

**KLARQUIST SPARKMAN, LLP**

/s/   *Kristin Cleveland*
Cameron D. Clawson
Kristin L. Cleveland
Caroline L. Desmond
Klaus H. Hamm
Shelby A. Stepper
John D. Vandenberg
Mark W. Wilson

*Attorneys for Defendant*

**WILLKIE FARR & GALLAGHER LLP**

/s/   *Barrington Dyer*
Krista S. Schwartz
Barrington Dyer
Nicholas Reddick
Shaimaa Hussein
Alex Rhim
Jacob Karim
Aliza George Carrano
Brian Frino
Xiaolin "Sunny" Chen

*Attorneys for Plaintiff*

**ATTESTATION**

I, Barrington Dyer , am the ECF user whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all other signatories listed have concurred in this filing.

/s/ *Barrington Dyer*
Barrington Dyer